**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A. and<br>3G LICENSING S.A.,<br><br>*Plaintiffs,*<br><br>v.<br><br>VERIFONE, INC.,<br><br>*Defendant.* | C.A. No. 1:20-cv-00656-MN |
| SISVEL INTERNATIONAL S.A. and<br>3G LICENSING S.A.,<br><br>*Plaintiffs,*<br><br>v.<br><br>XIRGO TECHNOLOGIES, LLC,<br><br>*Defendant.* | C.A. No. 1:50-cv-00659-MN |

**JOINT STATUS REPORT**

Pursuant to the Court's August 24, 2026, Oral Order, Plaintiffs Sisvel International S.A. and 3G Licensing S.A. (collectively "Sisvel") and Defendants Verifone Inc. and Xirgo Technologies, LLC, hereby submit this Joint Status Report for the above-captioned matters.

The parties continue their settlement discussions, and hope to have final settlement agreements soon. Accordingly, the parties request that the Court extend the stay in these matters for an additional 90 days from the date of this notice to give the parties an opportunity to complete their settlement discussions.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
tdevlin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Ave.
Wilmington, DE 19806
Tel: (302) 449-9010
Fax: (302) 353-4251

*Attorney for Plaintiffs*
*SISVEL INTERNATIONAL S.A. and*
*3G LICENSING S.A.*

*/s/ David E. Moore*
David E. Moore (No. 3983)
dmoore@potteranderson.com
Bindu A. Palapura (No. 5370)
bpalapura@potteranderson.com
POTTER ANDERSON & CORROON LLP
1313 N. Market St., Hercules Plaza
6th Flr., P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000

Carolyn Chang (*pro hac vice*)
carolyn@martonribera.com
Hector J. Ribera (*pro hac vice*)
hector@martonribera.com
Ryan J. Marton (*pro hac vice*)
ryan@martonribera.com
MARTON RIBERA SCHUMANN
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel: (415) 360-2514

*Attorneys for Defendant*
*Verifone, Inc.*

*/s/ Jeff Castellano*
Jeff Castellano (No. 4837)
jeff.castellano@us.dlapiper.com
Erin E. Larson (No. 6616)
erin.larson@us.dlapiper.com
DLA PIPER LLP (US)
1201 North Market St., Suite 2100
Wilmington, DE 19801-1147
Tel: (302) 468-5700
Fax: (302) 394-2341

John Guaragna (*pro hac vice*)
Brian Erickson (*pro hac vice*)
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701-4563
Tel: (512) 457-7000

Ahimsa Hodari (*pro hac vice*)
ahimsa.hodari@us.dlapiper.com
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: (713) 425-8486

*Attorneys for Defendant*
*Xirgo Technologies, LLC*